

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Commonwealth Soap & Toiletries, Inc.** | |
| Bankruptcy Case: | **HRB Winddown, Inc.** | |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080524 | $104,834.76 | 10/10/2019 | 204789 | 9/3/2019 | $26,147.28 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080336 | $104,762.51 | 9/26/2019 | 204601 | 8/20/2019 | $25,287.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080724 | $79,386.41 | 10/24/2019 | 205132 | 9/19/2019 | $27,044.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080724 | $79,386.41 | 10/24/2019 | 205039 | 9/17/2019 | $965.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080724 | $79,386.41 | 10/24/2019 | 205038 | 9/17/2019 | $23,365.65 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080604 | $25,171.90 | 10/17/2019 | 204934 | 9/10/2019 | $25,171.90 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080524 | $104,834.76 | 10/10/2019 | 204894 | 9/9/2019 | $25,403.10 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080786Z | $82,099.38 | 10/31/2019 | 205210 | 9/24/2019 | $27,044.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080524 | $104,834.76 | 10/10/2019 | 204831 | 9/4/2019 | $26,190.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080786Z | $82,099.38 | 10/31/2019 | 205234 | 9/26/2019 | $27,044.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080428 | $78,571.89 | 10/3/2019 | 205005 | 9/1/2019 | $903.13 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080428 | $78,571.89 | 10/3/2019 | 204823 | 9/1/2019 | $26,190.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080428 | $78,571.89 | 10/3/2019 | 204728 | 8/28/2019 | $26,190.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080428 | $78,571.89 | 10/3/2019 | 204711 | 8/27/2019 | $25,287.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080336 | $104,762.51 | 9/26/2019 | 204677 | 8/26/2019 | $26,190.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080336 | $104,762.51 | 9/26/2019 | 204634 | 8/22/2019 | $26,190.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080336 | $104,762.51 | 9/26/2019 | 204613 | 8/21/2019 | $27,093.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080524 | $104,834.76 | 10/10/2019 | 204848 | 9/5/2019 | $27,093.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081010 | $100,749.51 | 11/14/2019 | 205616 | 10/10/2019 | $26,589.38 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081392C | $110,237.08 | 12/12/2019 | 206518 | 11/8/2019 | $27,429.51 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081392C | $110,237.08 | 12/12/2019 | 206437 | 11/5/2019 | $27,429.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081392C | $110,237.08 | 12/12/2019 | 206436 | 11/5/2019 | $27,238.07 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081301 | $77,599.56 | 12/5/2019 | 206373 | 11/4/2019 | $28,409.13 |

Commonwealth Soap & Toiletries, Inc. (2266275)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081301 | $77,599.56 | 12/5/2019 | 206340 | 10/31/2019 | $23,720.18 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081301 | $77,599.56 | 12/5/2019 | 206230 | 10/29/2019 | $25,470.25 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080724 | $79,386.41 | 10/24/2019 | 205156 | 9/23/2019 | $28,010.38 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081010 | $100,749.51 | 11/14/2019 | 205687 | 10/14/2019 | $25,672.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081392C | $110,237.08 | 12/12/2019 | 206519 | 11/8/2019 | $28,140.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081010 | $100,749.51 | 11/14/2019 | 205615 | 10/10/2019 | $22,815.13 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081010 | $100,749.51 | 11/14/2019 | 205565 | 10/8/2019 | $25,672.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080875 | $105,356.07 | 11/7/2019 | 205464 | 10/7/2019 | $25,789.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080875 | $105,356.07 | 11/7/2019 | 205372 | 10/2/2019 | $24,685.06 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080875 | $105,356.07 | 11/7/2019 | 205371 | 10/2/2019 | $26,472.02 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080875 | $105,356.07 | 11/7/2019 | 205307 | 10/1/2019 | $28,409.13 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080786Z | $82,099.38 | 10/31/2019 | 205287 | 9/27/2019 | $28,010.38 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081077R | $23,187.42 | 11/21/2019 | 205893 | 10/21/2019 | $23,187.42 |

**Totals:** **11 transfer(s),** **$891,956.49**